UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ROBIN JOHNSON,                 )
                               )
        Plaintiff,             )
                               )
        v.                     )    Civil Action No. 07-1569 (RWR)
                               )
ELAINE CHAO,                   )
                               )
        Defendant.             )
_____)
```

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiff filed this case on August 31, 2007. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. No proof of service upon defendant Elaine Chao has been filed. Accordingly, it is hereby

ORDERED that on or before January 18, 2008, plaintiff shall either file proof of service on defendant Chao or show cause why the case should not be dismissed for failure to effect service on defendant Chao. Plaintiff is advised that failure to comply may result in dismissal of this case against that defendant.

SIGNED this 8th day of January, 2008.

```
                         _____/s/_____
                         RICHARD W. ROBERTS
                         United States District Judge
```