IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN JOHNSON<br><br>    **Plaintiff,**<br><br>    v.<br><br>ELAINE CHAO,<br>SECRETARY<br>U.S. DEPARTMENT OF LABOR,<br><br>    **Defendant.** | Civil No.:07-1569 (RWR)<br>JURY TRIAL |

**SUMMONS RETURNED**

**NOW COMES** Plaintiff, Robin Johnson, by and through undersigned counsel, and files this executed returned summons that was served upon the U.S. Attorney General.

Respectfully submitted on behalf of Plaintiff:

January 17, 2007             _____/S/_____
                             Nathaniel D. Johnson (Federal #14729 MD)
                             THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                             201`Centennial Street, A-2
                             P.O. Box 1857
                             LaPlata, Maryland   20646
                             301-645-9103
                             301-861-0411 fax

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robin Johnson

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Secretary

C.

Case: 1:07-cv-01569
Assigned To : Roberts, Richard W.
Assign. Date : 08/31/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*U. S. ATTORNEY GENERAL*
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nathaniel D. Johnson 3475 Leonardtown Road Waldorf, MD 20602

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 3 1 2007
CLERK                                      DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 28, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Chance Manley | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Business service effected at 950 Pennsylvania Ave NW accepted by Ms. W.T. Lee.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 28, 2007     _[signature]_
                    Date            Signature of Server

Chancellor & Associates Process Servers
P.O. Box 425, Greenbelt, MD 20768

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.