IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN JOHNSON

    **Plaintiff,**

v.                                                                      Civil No.:07-1569 (RWR)
                                                                        JURY TRIAL
ELAINE CHAO,
SECRETARY
U.S. DEPARTMENT OF LABOR,

    **Defendant.**

## SUMMONS RETURNED

**NOW COMES** Plaintiff, Robin Johnson, by and through undersigned counsel, and files this executed returned summons that was served upon the Defendant.

Respectfully submitted on behalf of Plaintiff:

January 17, 2007        _____/S/_____
                        Nathaniel D. Johnson (Federal #14729 MD)
                        THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                        201`Centennial Street, A-2
                        P.O. Box 1857
                        LaPlata, Maryland   20646
                        301-645-9103
                        301-861-0411 fax

1

AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robin Johnson

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Secretary

CA: 
Case: 1:07-cv-01569
Assigned To : Roberts, Richard W.
Assign. Date : 08/31/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Elaine Chao, Secretary, U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, N.W.
Washington, D.C. 20210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nathaniel D. Johnson 3475 Leonardtown Road Waldorf,
MD 20602

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          AUG 3 1 2007
_____  _____
CLERK                            DATE

/s/ _____
(By) DEPUTY CLERK

AO 440 (Rev DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 28, 2007 |
| NAME OF SERVER (PRINT) Chance Manley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Business service effected at 200 Constitution Avenue NW, Wash DC accepted by Ms. Amber Bond.__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 28, 2007      /s/ _____
                    Date                Signature of Server

Chancellor & Associates Process Servers
P.O. Box 425, Greenbelt, MD 20768

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure