UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, Secretary, U.S. Department )<br>    of Labor, )<br>)<br>Defendant. )<br>)<br>_____ ) | C. A. No.: 07-1569 (RWR) |

**FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant, by counsel, moves for a thirty day enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

    1. Undersigned counsel has not yet received the Report of Investigation and other background documents in this employment discrimination case at the time of filing this motion for enlargement four business days in advance of the due date of February 26, 2008. Agency counsel only recently received the aforementioned information, and is in the process of preparing a Litigation Report for undersigned counsel.

    2. Granting defendant additional time to review the documentation in this case prior to filing a response would be in the interests of justice and would not unduly prejudice plaintiff.

    4. Plaintiff's counsel consents to an enlargement of time for the purpose of filing an answer, but not for the purpose of filing a dispositive motion. Because undersigned counsel wants to reserve defendant's right to file a dispositive motion responsive to the complaint if one

is merited, this motion is not titled a "consent motion."

Wherefore, defendant, by counsel, moves that she be allowed to file her response to the complaint in this case on or before March 27, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 30th day of February, 2008.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN JOHNSON,            )<br>                                         )<br>         Plaintiff,            )<br>                                         )<br>    v.                               )<br>                                         )<br>ELAINE CHAO, Secretary, U.S. Department )<br>    of Labor,                    )<br>                                         )<br>         Defendant.         )<br>                                         ) | C. A. No.: 07-1569 (RWR) |

## ORDER

**UPON CONSIDERATION** of defendant' first motion for enlargement of time,  it is hereby **ORDERED** that the motion is **GRANTED**.  Defendant shall respond to Plaintiff's Complaint on or before March 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.