UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, Secretary, U.S. Department<br>    of Labor,<br><br>    Defendant. | )<br>)<br>)   C. A. No.: 07-1569 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant, by counsel, moves for a 3 business day enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

    1. Although undersigned counsel completed a motion responsive to plaintiff's complaint, questions arose during the U.S. Attorney's Office's internal review process that cannot be resolved in time for filing on this date.

    2. Granting defendant three additional business days to resolve these issues, and to deal with other pending responsibilities would be in the interests of justice and would not unduly prejudice plaintiff.

    4. Undersigned counsel left a message for Plaintiff's counsel regarding this motion and has not heard back from him at the time of filing this motion.

Wherefore, defendant, by counsel, moves that she be allowed to file her response to the complaint in this case on or before April 1, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 27th day of March, 2008.


_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN JOHNSON,**              ) | |
| )                                | |
| Plaintiff,               )       | C. A. No.: 07-1569 (RWR) |
| )                                | |
| v.                     )         | |
| )                                | |
| **ELAINE CHAO, Secretary, U.S. Department**   ) | |
| **of Labor,**               )    | |
| )                                | |
| Defendant.              )        | |
| )                                | |

## ORDER

**UPON CONSIDERATION** of defendant' second motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before April 1, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.