UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN JOHNSON )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ELAINE CHAO, SECRETARY )<br>DEPARTMENT OF LABOR )<br>)<br>  Defendant. )<br>_____) | C. A. No. 07-1569 RWR |

### DEFENDANT'S ANSWER

Defendant, Elaine Chao, Secretary, U.S. Department of Labor, by and through undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

### SECOND DEFENSE

The Complaint is or may be barred by the applicable statute of limitations.

### THIRD DEFENSE

Plaintiff has failed to administratively exhaust all or some of the allegations filed in her Complaint.

1

## FOURTH DEFENSE

Defendant reserves the right to amend her Answer should facts learned in discovery so warrant. Defendant also reserve the right to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

## FIFTH DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly and specifically admitted. Defendant responds to the separately numbered paragraphs and prayers for relief as follows:

1. This paragraph contains Plaintiff's characterization of this action to which no answer is required, but insofar as an answer may be deemed required, denied.

2. This paragraph contains Plaintiff's characterization of this action to which no answer is required, but insofar as an answer may be deemed required, denied.

3. In response to Paragraph 3, Defendant states that she lacks knowledge or information sufficient to form a belief as to Plaintiff's current residence and citizenship, and on that basis, Defendant denies same.

4. In response to Paragraph 4, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on this basis, Defendant denies same.

5. In response to Paragraph 5, Defendant states that she is the Secretary of Labor, and the proper Defendant to be named in civil actions alleging discrimination in the workplace.

6. Defendant denies the general allegation set forth in Paragraph 6. Defendant further avers that Equal Employment Opportunity regulations governing complaints of discrimination require that an aggrieved person must initiate contact with a counselor within 45 days of the date of the matter alleged to be discriminatory. Therefore, any incidents or events that occurred prior to the 45th day, which was December 19, 2005, would be considered untimely claims. To the extent that Plaintiff is alleging that she filed timely formal discriminatory charges regarding incidents that occurred prior to December 19, 2005, those allegations are denied.

7. Paragraph 7 contains a legal conclusion to which no response is required, but to the extent a response may be deemed required, denied.

8. Paragraph 8 requires no response, but to the extent a response may be deemed required, denied.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and on that basis, Defendant denies same.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and on that basis, Defendant denies same.

11. Denied.

12. Denied

13. Paragraph 13 requires no response, but to the extent a response may be deemed required, denied.

14. Denied.

15. Denied.

In response to the paragraph entitled "Prayer for Relief," Defendant denies that Plaintiff is entitled to any relief whatsoever, and asks the Court to dismiss Plaintiff's Complaint with prejudice. Alternatively, any relief would be limited by 42 U.S.C. 2000e - 5(g)(2)(B).

WHEREFORE, having fully answered, Defendant respectfully requests that this action be dismissed and that the Court grant such other relief as it deems appropriate.

Dated April 1, 2008

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2008, I caused the foregoing **Defendant's Answer** to be served through the ECF system.


\_\_/s/_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney