UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1569 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **ELAINE CHAO,** ) | |
| Secretary, Department of Labor, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**LOCAL RULE 16.3 REPORT**

The parties, having conferred by telephone, provide this report to the Court in accordance with Local Rule 16.3(d).

Matters to be addressed under Rule 16.3(c):

1. Dispositive motion: Defendant believes this case may be disposed of by dispositive motion; plaintiff anticipates filing a response to a dispositive motion.

2. Joinder, amendments, narrowing of issues: No other parties are anticipated. No amendments to the pleadings are anticipated.

3. Magistrate judge: The parties do not agree to assignment to a magistrate judge for any purposes.

4. Possibility of Settlement: While it is too early to tell if there is a reasonable possibility of settling the case, defendant does not currently see a basis for settlement.

5. Alternative Dispute Resolution: Counsel for defendant has discussed ADR with the defendant agency and does not believe ADR would be appropriate at this time prior to discovery. Plaintiff's counsel has discussed ADR with plaintiff and believes ADR would be appropriate

now.

6.  Motions: Defendant believes this case is suitable for a dispositive motion. Motions should be filed within thirty days of the close of discovery. Oppositions should be filed thirty days thereafter and replies filed within fifteen days of the oppositions.

7.  Initial Disclosures: The parties agree to dispense with initial disclosures.

8.  Discovery: The parties agree to a period of 120 days for discovery. No unusual discovery issues are anticipated.

9.  Experts: The parties do not wish to modify the requirements of F. R. Civ. P. 26(a)(2) regarding expert witnesses.

10. Class Actions: N/A.

11.-13. Trial: The parties do not request a bifurcated trial. They propose that a pretrial date be set at the close of all discovery, and after the resolution of any final dispositive motion, and that a trial date be scheduled for 30-60 days after the pretrial conference date.

Respectfully submitted,

_____/s/_____  
NATHANIEL JOHNSON, Esq.  
201 Centennial Street, Suite #A-2  
P.O. Box 1857  
La Plata, MD 20646  
(301)645-9103  

Counsel for Plaintiff

_____/s/_____  
JEFFREY A. TAYLOR, D.C. Bar #498610  
United States Attorney  

_____/s/_____  
RUDOLPH CONTRERAS, D.C. Bar #434122  
Chief, Civil Division  
_____/s/_____  
ALEXANDER D. SHOAIBI, D.C. Bar #423587  
Assistant United States Attorney  
555 4th Street, NW, Room E-4218  
Washington, DC 20530  
(202) 514-7236  

Counsel for Defendant